CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 28 2005

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID PAUL MASSIE,<br>　　Petitioner, | Civil Action No. 7:05cv00774<br>Criminal Action No. 6:94cr70128 |
| v. | **FINAL ORDER** |
| UNITED STATES,<br>　　Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED** pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings. This action is stricken from the active docket of this court.

Massie is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of the Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 28th day of December, 2005

_____
United States District Judge